

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00468-CV

| | | |
|---|---|---|
| Michael Miller d/b/a All Economy Foreign & Dismantling; and ABC Late Model Truck & Auto Parts, Inc. | § | From County Court at Law No. 2 |
| | § | of Denton County (GC-2005-00122) |
| v. | | |
| | § | September 19, 2013 |
| Recovery Systems, Inc. d/b/a Pro Tow Wrecker Service; H&W Risk Management Inc.; and Robert West | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Michael Miller d/b/a All Economy Foreign & Dismantling; and ABC Late Model Truck & Auto Parts, Inc. shall jointly and severally pay all the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Ann Dauphinot